# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY W. JAMES, | CASE NO. 1:08-cv-00351-LJO-DLB PC |
| Plaintiff, | ORDER DENYING MOTION FOR HEARING |
| v. | (Doc. 34.) |
| J. WILBER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff has filed a motion requesting "scheduled hearings on the court calendar." (Doc. 34.) Because Plaintiff is incarcerated are proceeding *pro se*, defendants' motion to dismiss, filed May 4, 2009, is submitted upon the record and without oral argument. Local Rule 78-230(m).

Plaintiff's request for a hearing date is denied.

IT IS SO ORDERED.

Dated:   **August 2, 2009**            /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1