UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY W. JAMES, | Case No. 1:08-cv-00351-DLB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS |
| v. | (Docs. 38, 39) |
| J. WILBER, et al., | |
| Defendants. | |

**I.     Order**

Plaintiff Ricky W. James ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 5, 2009, Plaintiff filed two motions. One motion was entitled, "Notice of Motion and default to defendants refusal to comply with court order and deadlines and F.R.C.P." (Doc. 38.) The other motion was entitled, "Notice of Motion. Informative harassment refusal of law library, copies, access to court." (Doc. 39.) The Court addresses each motion below.

**A.     Motion One**

Plaintiff contends in the first motion that Defendants failed to comply with a court order when Defendants allegedly filed notice of decline of magistrate judge jurisdiction on September 9, 2009. (Doc. 38, Pl.'s Mot. 3.) This late notice was filed in error by the Clerk's office. Defendants' consent to jurisdiction by a magistrate judge remains in effect. Accordingly, Plaintiff's first motion, filed on October 5, 2009, is DENIED as moot.

1

### B. Motion Two

Plaintiff contends that Pelican Bay State Prison, where Plaintiff is currently housed, failed to comply with its own regulations regarding access to the law library and equipment. (Doc. 39, Pl.'s Mot. 2.) Plaintiff seeks sanctions against Pelican Bay State Prison/California Department of Corrections and Rehabilitation, as well as a court order for the harassment to cease. (Doc. 39, Pl.'s Mot. 3.) The Department of Corrections and Rehabilitation is not a party to this action, and injunctive relief is thus beyond the scope of the Court's jurisdiction. See Zepeda v. U.S. INS, 753 F.2d 719, 727 (9th Cir. 1985) ("A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the court."). Plaintiff's second motion, filed on October 5, 2009, is DENIED.

## II. Conclusion and Order

Accordingly, the Court HEREBY ORDERS that Plaintiff's motions, filed on October 5, 2009, are DENIED.

IT IS SO ORDERED.

Dated:   **October 7, 2009**                    /s/ **Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE