# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY W. JAMES,<br><br>        Plaintiff,<br><br>   v.<br><br>J. WILBER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-00351-DLB (PC)<br><br>ORDER DISREGARDING DEFENDANTS' MOTIONS<br><br>(Docs. 60, 61) |

Plaintiff Ricky W. James ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). This action is proceeding against Defendants Saenz, Wilber, and Johnson for violation of the Eighth Amendment. On March 5, 2010, Defendants filed two motions which are pending before the Court.

Defendants move the Court to issue an order informing Plaintiff of the requirements for opposing a summary judgment. (Doc. 60.) The Court already issued this order on February 20, 2009. (Doc. 19.) Defendants' motion is DISREGARDED.

Defendants also move the Court to postpone a Rule 16 Scheduling Conference which the Court set on February 22, 2010. A search of the docket indicates that no such conference was set in this action. This motion appears to have been filed in error by Defendants' counsel. Defendants' motion is DISREGARDED.

IT IS SO ORDERED.

Dated: **March 8, 2010**             **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE

1