1
2
3
4
5

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY W. JAMES, | CASE NO. 1:08-cv-00351-DLB PC |
| Plaintiff, | ORDER SETTING SETTLEMENT CONFERENCE |
| v. | June 26, 2012 at 10:00 a.m. before the Honorable Dennis L. Beck |
| A. SAENZ, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Ricky W. James ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendant A. Saenz for deliberate indifference to a serious medical need in violation of the Eighth Amendment.

The Court will set this matter for a settlement conference.  Plaintiff is currently incarcerated at Kern Valley State Prison in Delano, California, which is over 75 miles from this Court.  Defendant's counsel is located in Sacramento, California, which is over 150 miles from this Court.  To save on possibly unnecessary travel expenses, the Court will grant the parties the opportunity to appear remotely by video conference.

Accordingly, it is HEREBY ORDERED that:

1.     This case is set for a settlement conference on **June 26, 2012, at 10:00 a.m.** before United States Magistrate Judge Dennis L. Beck;

2.     The parties are directed to submit confidential settlement conference statements to the Honorable Dennis L. Beck no later than **June 19, 2012**;

3.    Defendant's counsel will be required to arrange for Plaintiff's participation in the settlement conference.  Defendant's counsel may contact the Court for any logistical concerns regarding arranging a video conference at (559) 499-5670;

4.    Defendant's counsel and a person with full and unlimited authority to negotiate and enter into a binding settlement on Defendant's behalf shall appear at the settlement conference; and

5.    Those in attendance must be prepared to discuss the claims, defenses, and damages. The failure of any counsel, party, or authorized person subject to this order to appear may result in the imposition of sanctions.  In addition, the conference will not proceed and will be reset to another date.

IT IS SO ORDERED.

Dated:    **May 31, 2012**            **/s/ Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE