# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY W. JAMES, | CASE NO. 1:08-cv-00351-SKO PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 76) |
| J. WILBER, et al., | |
| Defendants. | |

Plaintiff Ricky W. James, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 12, 2008. On April 18, 2012, Plaintiff filed a motion seeking a settlement conference.

In as much as a settlement conference was held on June 26, 2012, Plaintiff's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   July 20, 2012**              /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE