# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY W. JAMES, | CASE NO. 1:08-cv-00351-SKO PC |
| Plaintiff, | ORDER DENYING DUPLICATIVE MOTION |
| v. | (Doc. 88) |
| J. WILBER, et al., | |
| Defendants. | |

Plaintiff Ricky W. James, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 12, 2008. On September 4, 2012, Plaintiff filed another motion regarding access to the law library. The Court does not have jurisdiction over the issues of which Plaintiff complains, and the Court, on August 29, 2012, issued an order addressing these issues to the extent that it can under the law. E.g., Steel Co. v. Citizens for a Better Env't, 523 U.S. 83, 102-04, 118 S.Ct. 1003 (1998); American Civil Liberties Union of Nevada v. Masto, 670 F.3d 1046, 1061-62 (9th Cir. 2012). No additional relief may be granted at this juncture, and Plaintiff's persistence in filing duplicative motions without awaiting rulings further burdens this overtaxed court.

As the issues raised by Plaintiff in his most recent motion were addressed by the Court on August 29, 2012, his motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   September 5, 2012**             /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE

1