# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY W. JAMES,<br><br>          Plaintiff,<br><br>   v.<br><br>J. WILBER, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:08-cv-00351-SKO PC<br><br>ORDER REQUESTING ASSISTANCE OF LITIGATION COORDINATOR FOR KERN VALLEY STATE PRISON AND DIRECTING CLERK'S OFFICE TO SERVE ORDER BY FACSIMILE AND MAIL ON KERN VALLEY STATE PRISON |

      This matter is set for jury trial on January 15, 2013, and parties appeared by telephone on December 5, 2012, at 3:00 p.m. for the trial confirmation hearing. The deadline for the parties to file motions in limine is December 21, 2012, and in his objection to the pretrial order, Defendant requested that exhibits be exchanged sufficiently in advance of that filing deadline to allow for adequate exhibit review. In response, Plaintiff represented to the Court that he has his exhibits prepared and in his possession, but he has been unable to access the law library since September 2012 to photocopy the exhibits for defense counsel and the Court.

      The Court requests that the Litigation Coordinator for Kern Valley State Prison help facilitate Plaintiff's ability to obtain photocopies of his exhibits so that a copy may be obtained by defense counsel and Plaintiff may comply with the deadlines set forth in the pretrial order.[1] Defense counsel, as an officer of the court, is also requested to contact the Litigation Office and help facilitate resolution of this issue.

      Given that the deadline for filing motions in limine is December 21, 2012, prompt attention to this matter is necessary and the Litigation Coordinator's anticipated cooperation is appreciated.

---

[1] Plaintiff is to submit his exhibits to the Court for jury trial no later than January 9, 2013.

1

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall serve this order on the Litigation Coordinator for Kern Valley State Prison by facsimile and mail;

2. The Litigation Coordinator for Kern Valley State Prison is requested to help facilitate Plaintiff's ability to photocopy his exhibits so that defense counsel may obtain a copy and Plaintiff may comply with the January 9, 2013, deadline set in the pretrial order;

3. Defense counsel, as an officer of the court, is requested to contact the Litigation Coordinator and assist in facilitating the resolution of this issue; and

4. In light of the December 21, 2012, filing deadline, prompt attention to this matter is necessary.

IT IS SO ORDERED.

**Dated:   December 6, 2012**               /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE