IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

**RICKY W. JAMES,**

Plaintiff,

v.

**J. WILBER, et al.,**

Defendants.

Case No. 1:08-cv-00351-SKO-PC

**ORDER GRANTING DEFENDANT'S REQUEST TO FILE EXHIBIT IN SUPPORT OF MOTION IN LIMINE UNDER SEAL**

GOOD CAUSE APPEARING, Defendant Saenz may file, under seal, CDCR form 114–A (Movements of Inmates) for inmate Jimmy Reed (J-18265) as an exhibit in support of Defendant's motion in limine. (ECF No. 109.) The Court will review the exhibit in camera in relation to Defendant's motion in limine, and the exhibit will be destroyed or returned to Defendant's counsel at the close of the case.

IT IS SO ORDERED.

Dated:  **December 27, 2012**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

1

Order Granting Defendant's Request to File Exhibit in Support of Motion in Limine Under Seal
(1:08-cv-00351-SKO-PC)

PDF created with pdfFactory trial version www.pdffactory.com