# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY W. JAMES,<br><br>               Plaintiff,<br><br>    v.<br><br>J. WILBER, et al.,<br><br>               Defendants.<br>_____/ | CASE NO. 1:08-cv-00351-SKO PC<br><br>ORDER VACATING WRITS OF HABEAS CORPUS AD TESTIFICANDUM FOR (1) RICKY W. JAMES, #C-90663, (2) JAMES CARDINEL, #G-40219, AND (3) JIMMY REED, #J-18265<br><br>(Docs. 100, 101, and 102) |

       The jury trial scheduled for January 15, 2013, has been vacated. Accordingly, it is HEREBY ORDERED that:

    1.    The writs of habeas corpus ad testificandum directing the Warden of Kern Valley State Prison to produce the following inmates for trial is VACATED:

        a.    Ricky W. James, #C-90663;

        b.    James Cardinel, #G-40219; and

        c.    Jimmy Reed, #J-18265; and

    2.    The Clerk's Office SHALL serve a copy of this order on CDCR, Plaintiff, and witnesses Cardinel and Reed.

IT IS SO ORDERED.

**Dated:   January 9, 2013**                          **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE