# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY W. JAMES, | CASE NO. 1:08-cv-00351-SKO PC |
| Plaintiff, | ORDER ADVANCING EVIDENTIARY HEARING FROM 10:00 A.M. TO 9:00 A.M. ON MAY 29, 2013 |
| v. | |
| J. WILBER, et al., | (Doc. 130) |
| Defendants. | Date: May 29, 2013<br>Time: 9:00 a.m.<br>Courtroom: 7 (SKO) |

The evidentiary hearing currently set for May 29, 2013, at 10:00 a.m. before the undersigned in courtroom 7 is HEREBY ADVANCED to 9:00 a.m. on May 29, 2013.

IT IS SO ORDERED.

**Dated:   April 30, 2013**            /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE