FILED

MAY 29 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY W. JAMES,<br><br>              Plaintiff,<br><br>       v.<br><br>J. WILBER, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:08-cv-00351-SKO PC<br><br>**NOTICE AND ORDER THAT INMATES ARE NO LONGER NEEDED AS WITNESSES IN THESE PROCEEDINGS, AND THE WRITS OF HABEAS CORPUS AD TESTIFICANDUM ARE DISCHARGED**<br><br>(Docs. 132-134) |

An evidentiary hearing in this matter commenced on May 29, 2013, at 10:00 a.m. The matter has now concluded. Accordingly, **Ricky W. James, CDCR# C-90663; James Cardinel, CDCR# G-40219; and Jimmy Reed, CDCR# J-18265** are no longer needed by the Court as witnesses in these proceedings, and the writs of habeas corpus ad testificandum as to these inmates are HEREBY ORDERED DISCHARGED.

DATED: 5-29-13

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE