# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY W. JAMES,<br><br>  Plaintiff,<br><br>  v.<br><br>J. WILBER, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:08-cv-00351-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF COMPLAINT, AND REQUIRING PLAINTIFF TO SIGN AND RETURN COMPLAINT FOR FILING WITHIN FIFTEEN DAYS<br><br>(Doc. 1) |

Plaintiff Ricky W. James, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 12, 2008. This action for damages is proceeding on Plaintiff's Eighth Amendment claim against Defendant Saenz arising out of the denial of medical care at California State Prison-Corcoran in June and July 2006.

This action has been proceeding on Plaintiff's original complaint, filed on March 12, 2008. However, Plaintiff neglected to sign the complaint. All filings must be signed and unsigned filings are required to be stricken from the record unless the filing party corrects the omission. Fed. R. Civ. P. 11(a); *see also* Local Rule 131(b).

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a copy of his complaint;
2. Within **fifteen (15) days** from the date of service of this order, Plaintiff shall sign and return the complaint to the Court; and
3. The failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

**Dated:   June 18, 2013**               /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE

1