# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY W. JAMES, | Case No. 1:08-cv-00351-SKO PC |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| v. | (Doc. 144) |
| J. WILBER, et al., | |
| Defendants. | |

Plaintiff Ricky W. James, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 12, 2008, and it was dismissed on July 9, 2013.

On July 25, 2013, Plaintiff filed an unsigned motion for reconsideration. Unsigned filings cannot be considered and therefore, Plaintiff's motion is HEREBY ORDERED STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131; Doc. 2, First Informational Order, ¶2.)

IT IS SO ORDERED.

Dated: **July 25, 2013**         /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE