# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY W. JAMES,<br><br>              Plaintiff,<br><br>       v.<br><br>J. WILBER, et al.,<br><br>              Defendants.<br>_____/ | Case No. 1:08-cv-00351-SKO PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION AND DIRECTING CLERK OF COURT TO SEND COPY OF MOTION FOR RECONSIDERATION TO PLAINTIFF<br><br>(Doc. 146) |

On July 26, 2013, the Court issued an order striking Plaintiff's unsigned motion for reconsideration. Fed. R. Civ. P. 11(a); Local Rule 131. On August 16, 2013, Plaintiff filed a motion seeking a copy of the motion for reconsideration so that he may sign and file it.

Plaintiff's motion is HEREBY GRANTED and the Clerk of the Court shall send him a copy of his motion for reconsideration (court document 144).

IT IS SO ORDERED.

Dated: __**August 19, 2013**__          _____/s/ Sheila K. Oberto_____
                                                                UNITED STATES MAGISTRATE JUDGE